EXHIBIT 3

Permit and Resource Management Department
County of Sonoma
2550 Ventura Avenue
Santa Rosa, CA 95403
Telephone: (707) 565-7384
Facsimile: (707) 565-3767
Todd.Hoffman@Sonoma-County.org

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SONOMA

| | |
|---|---|
| | Warrant No: SCV- 266746 |
| In the Matter of an Application for an Inspection Warrant for the premises located at 4640 Arlington Ave., Santa Rosa, California, and more particularly described as Assessor's Parcel Number 134-251-063. | **INSPECTION WARRANT** <br><br> (Code Civ. Proc. § 1822.50 et seq.) <br><br> Date: _____ <br><br> Time: _____ <br><br> Dept: _____ |

**THE PEOPLE OF THE STATE OF CALIFORNIA TO:**

The Sonoma County Permit and Resource Management Department ("PRMD"), Code Enforcement Division, Sonoma County Sheriff's Department, County Counsel, the California Department of Fish and Wildlife, the California Department of Food Agriculture (CDFA), the Sonoma County Fire and Emergency Services, the Environmental Health Department ("EHS"), Pacific Gas and Electric (P.G.& E.), Sonoma County Animal Control and/or Other Agencies, through their employees and contracted agents:

**PROOF** having been made before me by the oral testimony and/or written declarations and attachments thereto of PRMD Code Enforcement Inspector Todd Hoffman submitted to the Court on July _20_, 2020;

**THAT THERE IS CAUSE TO BELIEVE** that there exists on at 4640 Arlington Ave., Santa Rosa, California, and more particularly described as Assessor's Parcel Number 134-251-063 ("the Property"), violations of the Sonoma County Code for unpermitted buildings and illegal cannabis cultivation; that there is authorization for inspection pursuant to Sonoma County Code Section 1-7 with respect to the premises named in the caption above, as required by the Code of Civil Procedure sections 1822.50 et. seq., and for the issuance of an Inspection Warrant.

**YOU ARE THEREFORE COMMANDED TO INSPECT, INVESTIGATE, AND SEARCH:**

The interior and exterior of the premises located at 4640 Arlington Ave., Santa Rosa, California, and more particularly described as Assessor's Parcel Number 134-251-063. The parcel is a 4.33 acre parcel that consists of a single family dwelling; a detached two (2) car garage; a barn complex, which consists of a 100' x 40' metal barn, a 40'x 20' metal barn, and a 20'x20' barn; and several more accessory structures. The parcel has up to two (2) non-permitted travel trailers. At the property line there is a nine (9) foot solid wood fence and electronic solid wood gate.

In addition to the interior and exterior of all structures, it is requested that we be able to search and inspect all items on and associated to the property including the surrounding grounds and any yards, garages, carports, storage areas and sheds, mailboxes, outbuildings and trash containers assigned to the above-described premises; any vehicles, trailers, or motor-homes present on the property; and all containers therein and thereon which could contain any of the items sought;

Inspection Warrant

**FOR THE FOLLOWING:**

    (1)    Inspect, document and photograph the existing conditions and County code violations.

    (2)    Identify and document violations of local and State building, health and safety, public health and environmental laws, and local building and zoning regulations.

Representatives of the County of Sonoma Permit Resource Management Department ("PRMD"), Sonoma County Sheriff's Department, County Counsel, the California Department of Fish and Wildlife, the California Department of Food and Agriculture (CDFA), the Sonoma County Fire and Emergency Services, the Environmental Health Department ("EHS"), Pacific Gas and Electric (P.G.& E.), Sonoma County Animal Control, and/or other agencies, through their employees and contracted agents, to inspect the interior and exterior and surrounding premises of structures on the property of 4640 Arlington Ave., Santa Rosa, CA, more particularly described as Assessor Parcel Number 134-251-063. The Sheriff's Department may provide assistance to the fullest extent allowed by law, including but not limited to assistance with forcible entry, removing any obstacles to ingress and egress from the Property, and the use of reasonable force to remove persons form the Property to prevent interference with the inspection, if necessary.

**THIS INSPECTION** shall be reasonably conducted so as to effect as minimal an intrusion as possible on the normal operations of the Property and said inspection shall be made only between the hours of 8:00 a.m. and 5:00 p.m.

**NOTICE SHALL BE GIVEN** to the property owner, Ronald Cupp, immediately prior to the execution of the Warrant by posting a copy of the warrant on the Property in advance of the

Inspection Warrant

execution herein *and* by contacting the Property Owner or the Operators at the last known valid telephone numbers.

The Court finds that the authority to conduct the inspection in the presence or absence of the owners and occupants of the property is reasonably necessary to effectuate the purpose of the regulations being enforced.

If the Property Owner is present and refuses entry, PRMD-Code Enforcement Division, Sonoma County Sheriff's Department, County Counsel, the California Department of Fish and Wildlife, the California Department of Food and Agriculture (CDFA), the Sonoma County Fire and Emergency Services, the Environmental Health Department ("EHS"), P,G.& E, Sonoma County Animal Control, and their authorized employees and representatives may enter the Property notwithstanding the absence or refusal.

THIS WARRANT shall be effective from this date for a period not to exceed fourteen (14) days and the RETURN must be executed within 14 days of service of the WARRANT.

Dated: July 20, 2020

_____
JUDGE OF THE SUPERIOR COURT
COUNTY OF SONOMA

## ADDITIONAL ENDORSEMENTS

## AUTHORIZATION FOR OTHERS TO ACCOMPANY

**FOR GOOD CAUSE SHOWN**, representatives of the Sonoma County Sheriff's Department, County Counsel, the California Department of Fish and Wildlife, the California Department of Food and Agriculture (CDFA), the Sonoma County Fire and Emergency Services,

Inspection Warrant

the Environmental Health Department ("EHS"), P,G.& E, and Sonoma Animal Control may accompany the PRMD- Code Enforcement Division on the inspection as may be appropriate.

Dated: July 20, 2020

_____
JUDGE OF THE SUPERIOR COURT
COUNTY OF SONOMA

**AUTHORIZATION TO USE REASONABLE FORCE FOR ENTRY**

**FOR GOOD CAUSE SHOWN**, pursuant to California Code of Civil Procedure section 1822.56, Code Enforcement Inspectors request immediate access to the property, structures, vehicles and motor-homes there within, including but not limited to, removing any obstacles to ingress and egress from the Property. In addition, we request the assistance of the Sonoma County Sheriff's Office for those purposes, including but not limited to, the use of reasonable force to enter he Property and to remove persons from the Property to prevent interference with the inspection, if necessary.

Dated: July 20, 2020

_____
JUDGE OF THE SUPERIOR COURT
COUNTY OF SONOMA

**AUTHORIZATION TO EXECUTE IN ABSENCE OF OWNER OR OCCUPANT**

Inspection Warrant

**FOR GOOD CAUSE SHOWN**, the execution of this Inspection Warrant in absence of the owner or occupant is hereby authorized and is reasonably necessary to effectuate the purpose of the regulations being enforced, the Sonoma County Code.

Dated: July 20, 2020

_____
JUDGE OF THE SUPERIOR COURT
COUNTY OF SONOMA

**AUTHORIZATION TO FOREGO TWENTY-FOUR (24) HOURS NOTICE TO OWNER OR OCCUPANT**

**FOR GOOD CAUSE SHOWN**, a shortened Notice to the Property Owner and/or Operator is necessary to prevent the destruction of evidence and is reasonably necessary to effectuate the purpose of the regulations being enforced, the Sonoma County Code. PRMD shall give notice to the Property Owner, Ronald Cupp, by calling the last known phone numbers for the entity and this individual, and shall Post the Property before inspection.

Dated: July 20, 2020

_____
JUDGE OF THE SUPERIOR COURT
COUNTY OF SONOMA

Inspection Warrant