UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SMITH, et al.,<br><br>        Defendants. | Case No. 20-cv-03456-PJH<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE HIS SUPPLEMENTAL DECLARATION AND ALLOWING DEFENDANTS TO FILE A JOINT RESPONSE**<br><br>Re: Dkt. No. 30 |

The court is in receipt of plaintiff's "motion requesting oral argument on defendant's motion to dismiss Cupp's complaint," Dkt. 30, and its associated "ex parte application for order shortening time," Dkt. 30-1. On July 20, 2020, the court vacated the August 12, 2020 hearing on defendants' motion to dismiss (Dkt. 9). Dkt. 16. Given that, the court **TERMINATES** plaintiff's ex parte application for an order shortening time as moot. The court will not hear oral argument on defendants' motion to dismiss.

However, the court **GRANTS** plaintiff's alternative request for leave to file a supplemental declaration in opposition to the motion to dismiss. The court will treat Dkt. 30-2 as that supplemental declaration. The court will also allow defendants until **August 17, 2020** to file a joint response to it. Defendants must limit their response to 10 pages.

**IT IS SO ORDERED.**

Dated: August 10, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge