```
RONALD CUPP
150 Raley Town Center, Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
```

Plaintiff *Pro Se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SMITH, an individual and in his official capacity; TENNIS WICK, an individual and in his official capacity; COUNTY OF SONOMA; and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____ | CASE NO: 20-cv-03456-PJH<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) UNTIL NOVEMBER 16, 2020; DECLARATION OF RONALD CUPP IN SUPPORT OF MOTION** |

Pursuant to Local Rules 6-3 and 7-11, Cupp respectfully requests a short extension of time to file an Opposition to Defendants' Motion to Dismiss Plaintiff's Verified First Amended Complaint ("Motion to Dismiss"), extending the due date to November 16, 2020. Facts in support of this request are included in the attached Declaration. To accommodate this change, Cupp suggests extending Defendants' time to file their Reply in support of the Motion to Dismiss to November 25, 2020.

Respectfully submitted,

Date: November 10, 2020     /s/ Ronald Cupp_____
                            RONALD CUPP, Plaintiff *Pro Se*

# DECLARATION OF RONALD CUPP IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND TIME

I, RONALD CUPP, declare:

1. I am the Plaintiff in this action. The statements made herein are based on my own personal knowledge, except for those statements which are made on information and belief. As to those matters, I believe them to be true.

2. I have been unable to file an Opposition by the due date of November 4, 2020 due to a family emergency. Six members of my immediate family in Reno, NV have contracted COVID19. This has caused considerable distraction for me, taking my attention away from this matter.

3. As an additional distraction and inconvenience, since August 4, 2020, and despite this Court's order, I have been without PG&E at the subject property. I am informed and believe that the power was shut off to my property at the request of Defendant COUNTY OF SONOMA or its agents, as it was not due to nonpayment of services. The lack of power at my property has forced me to temporarily reside elsewhere, which has made it difficult on me to keep up with my business matters including this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 10, 2020

                                                   /s/ Ronald Cupp
                                                  RONALD CUPP, Declarant