RONALD CUPP
150 Raley Town Center, Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929

Plaintiff *Pro Se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD CUPP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SMITH, an individual and in his official capacity; TENNIS WICK, an individual and in his official capacity; COUNTY OF SONOMA; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO: 20-cv-03456-PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) UNTIL NOVEMBER 16, 2020** |

　　Upon consideration of Plaintiff's Administrative Motion to Extend Time to File Opposition to Defendants' Motion Pursuant to Federal Rules of Civil Procedure 12(b)(6) ("Motion to Dismiss"), and good cause appearing, **IT IS HEREBY ORDERED** that:

　　Plaintiff's Motion is **GRANTED**. Plaintiff's time to file Opposition to Defendants' Motion to Dismiss is extended to November 16, 2020. Defendant's time to file a Reply in support of the Motion to Dismiss is extended to November 25, 2020.

　　The hearing date remains December 2, 2020 at 9:00 a.m.

　　**IT IS SO ORDERED.**

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON,
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT
　　　　　　　　　　　　　　　　　　　　　　　　COURT JUDGE