# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date: April 15, 2021   (Time: 19 minutes)        JUDGE:  Phyllis J. Hamilton

Case No: <u>20-cv-03456-PJH</u>
Case Name:  Cupp v. Smith

Attorney(s) for Plaintiff:       Ronald Cupp, pro se
Attorney(s) for Defendants:   Michael King

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Not reported

### PROCEEDINGS

Initial Case Management Conference-Held.  Amendment of the pleadings no later than 90 days before fact discovery cutoff date a motion or a stipulation must be filed so sufficient time remains to conduct discovery on added claims or parties. Parties shall meet and confer regarding number of interrogatories and file a motion to increase the number if parties cannot reach an agreement.

**REFERRALS:**
[X] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE within 120 days, or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery Cutoff:   9/21/2021**
**Dispositive Motions to be filed by: 10/14/2021**
**Dispositive Motions heard by: 12/2/2021 @ 1:30 p.m.**

cc: chambers