UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SETTLEMENT CONFERENCE MINUTES**

| **Date:** June 10, 2021 | **Time:** 2:15-2:51 | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 20-cv-03456-PJH | **Case Name:** Cupp v. Smith | |

**For Plaintiff(s):** Ronald Cupp, Pro Se
**For Defendant(s):** Michael King

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Not Reported

**PROCEEDINGS**

Pre-Settlement Telephone Conference-Held.

The Court sets a settlement conference via Zoom for September 17, 2021 from 10:00 a.m. to 2:00 p.m. Settlement conference statements are due by September 7, 2021.

Parties shall comply with the Court's standing order at www.cand.uscourts.gov/kaw