ERIC G. YOUNG, ESQ. (SBN 190104)
YOUNG LAW GROUP
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Tel.: 707.527.3637
Fax: 707.520.7272
Email: eyoung@younglawca.com

Attorneys for Plaintiff
RONALD CUPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SMITH; et al.,<br><br>    Defendants. | CASE NO. 4:20-cv-03456PJH<br><br>**DECLARATION OF RANDALL CUPP IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 3, 2022<br>Time: 1:30 p.m.<br>Dept.: Courtroom 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton |

I, RANDALL CUPP, declare:

1. I am over the age of 18 years, and I am not a party to this action. If called upon, I could and would competently testify to the matters stated herein from my own personal knowledge, except for those matters which are stated on information and belief. As to those matters, I believe them to be true.

2. I am the brother of Plaintiff RONALD CUPP.

3. I lived in the main residence at 4640 Arlington Avenue, Santa Rosa, California from 1989 to approximately 2013.



RANDALL CUPP DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 1

4. During the time that I lived at the Arlington Avenue property, I kept six Rottweiler dogs. To keep the dogs on the property, in 2009, I constructed a 5' tall, wooden fence around the house. The fence was sufficient to keep the dogs penned in while they were young.

5. In 2010, however, the dogs had grown, and one jumped the 5' fence and escaped the property. I then constructed a new fence in 2010 around the house that is 6'8" tall. The fence runs north to south on the west side of main residence, which is also the street side of the residence, and is located approximately 15 feet from the house. The fence also runs east to west along the south side of the residence and is approximately 25 feet from the house.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 27, 2021

RANDALL CUPP, Declarant



RANDALL CUPP DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 2