<i>DocuSign Envelope ID: 51F95A54-C4C5-4846-9CBC-1FF4198C8F3F</i>

ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Tel.: 707.527.3637
Fax: 707.520.7272
Email: eyoung@younglawca.com

Attorneys for Plaintiff
RONALD CUPP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW SMITH; et al.,<br><br>  Defendants. | CASE NO. 4:20-cv-03456PJH<br><br>**DECLARATION OF DAVID HARRIS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 3, 2022<br>Time: 1:30 p.m.<br>Dept.: Courtroom 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton |

I, DAVID HARRIS, declare:

1. I am over the age of 18 years, and I am not a party to this action. If called upon, I could and would competently testify to the matters stated herein from my own personal knowledge, except for those matters which are stated on information and belief. As to those matters, I believe them to be true.

2. I am the President and Managing Principal at Oracle Consulting, Inc., a land use, engineering, and design firm in Santa Rosa, California. My firm was retained by Ronald



DAVID HARRIS DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 1

Cupp as a consultant to assist him with obtaining certain permits from the County of Sonoma for the property located at 4640 Arlington Avenue, Santa Rosa, California.

3. Oracle Consulting is a consulting firm specializing in construction and land-use permitting for a wide variety of property needs, including plan-set preparation for residential and commercial permit submittals, code violation resolutions, project management, civil engineering, and preparation of environmental impact reports.

4. I started Oracle Consulting in 2014 as part of a 30-year-long career in the field of construction, including unique and specialty construction projects. I began my career as a certified commercial diver at age eighteen working in the marine construction industry installing seawalls, pilings and doing salvage work.

5. In my early thirties, I became a California licensed general contractor and started a construction firm, Oracle Builders, which specialized in difficult structural renovations for both commercial and residential properties. I am also a college-trained draftsman and have knowledge, skill, and experience in preparing technical construction drawings for architectural and design projects as well as interpreting such drawings and designs.

6. I continued working as a general contractor with Oracle Builders for approximately 10 years. Throughout those years, I produced numerous architectural plans and technical drawings for clients to obtain permits and for projects necessary to develop client properties. Over time, my permitting activities became a larger and larger volume of time spent on behalf of clients, which led me to form Oracle Consulting, to focus exclusively on permit consulting work.

7. In connection with my work as a permit consultant for Mr. Cupp and his property at 4640 Arlington Avenue, I have prepared a memorandum report with technical

DAVID HARRIS DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 2



drawings showing various aspects of the property, including the property line and right of way. Attached hereto as **Exhibit "A,"** and incorporated herein by this reference, is a true and correct copy of the memorandum report, which I prepared. This report is based on my own site visit to the property, a survey of official government records maintained by the County of Sonoma Permit Resource & Management Department, and meetings with County staff members employed at the County of Sonoma Department of Transportation and Public Works. Dimensions in the drawings or sketches relied upon in the report have accurate notations, but may not necessarily be to scale.

8. Page 2 of the report includes an official Record of Survey prepared by the County of Sonoma on December 4, 1996. This survey shows that that western edge of the property extends 284.74 feet down the center of Arlington Avenue. The survey also shows a public right of way encroaching 20' beyond the western boundary of the property.

9. As I noted in the report at the bottom of page 2, based on the fixed position of the right of way at 20' from the center of road, at one location, the right of way ends and a 9' private area of approach extends up to an old garage converted to an additional dwelling unit ("granny unit"). These details are reflected on the drawing I prepared using standard, architectural/construction AutoCAD software and is featured on page 3 of the report.

10. The report also details the fence line at the Arlington Avenue property. The western fence line is the line that faces the eastern border of Arlington Avenue. Based on my own personal observation and information I obtained as described herein, it is my opinion that a person using the public right of way on Arlington Avenue would be able to walk directly up to the western fence line of the property and still be in the public right of way for most of the 230 feet of fence line that extends north from the southeast corner of



DAVID HARRIS DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 3

the parcel. Once a person approaches the fence line immediately adjacent to the converted garage/"granny unit," a person would need to leave the public right of way, walk onto private property, and walk approximately 9' into the private property. Even then, the person would not be at the doorway on the south side of the garage/"granny unit."

11. It is important to note, as I did in the attached report, that this 9' wide area of approach in front of the converted garage is not the driveway for the property.

12. Also in connection with my work at the Arlington Avenue property, I prepared two, additional technical drawings of the property that accurately show the property line, structures and other objects located at the property. Again, I personally prepared these drawings using AutoCAD software utilizing my own personal knowledge from inspecting the 4640 Arlington Avenue property or from official records of the County of Sonoma Permit Resource Management Department. The dimensions are measurements that are not to scale. Attached hereto as **Exhibits "B"** and **"C,"** and incorporated herein by this reference, are true and correct copies of the drawings I prepared. These drawings may be useful to the Court in determining the outcome of this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 29, 2021



DAVID HARRIS, Declarant



DAVID HARRIS DECLARATION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 4

# *EXHIBIT "A"*

### *Cupp v. Smith*

*4:20-cv-03456PJH*

**Oracle Consulting**

113 Todd Road, Santa Rosa CA 95407 * (415) 744- 4045

Managing Principal: David Harris oracleconsulting1@gmail.com

Civil Engineer: David Friedland P.E. #46612
oracle2daf@gmail.com

Structural Engineer: Jeremy Gold P.E. # 90610
jagstructural@gmail.com



Ronald Cupp
4640 Arlington Avenue,
Santa Rosa, CA 95407
APN: 134-251-063

# MEMORANDUM

November 27, 2021

RE: Property lines extending into Arlington Ave.
     Right-of-Way on 4640 Arlington Ave.

Disclaimer

The following discussion of the public right away, property lines, issues of entry onto a parcel, and the private property therein; concerning implications of entry past the public right of way onto private property by individuals performing code enforcement investigations, are intended to inform the property owner of his existing property conditions and other related information ONLY. Oracle Consulting is not a licensed law firm. This document is intended to report on existing conditions and makes no claim as to any legalities implying trespass or illegal entry.

Overview

Oracle Consulting is a land-use, engineering and architectural firm which prepares planning and building permit submittals to resolve code enforcement violations for property. The owner of parcel 134-251-063, Ronald Cupp, asked Oracle Consulting to review issues of pedestrian access onto his parcel, and ambiguities of the existing public right of way (ROW) of Arlington Ave., and how the ROW compares to the existing western property lines, in juxtaposition to an existing fencing system, which further winds parallel along Arlington Ave, midway between the northern and southern property lines, in and out of the ROW.

As per discussion with Tony Tamayo, PLS at Sonoma County Transportation and Public Works on November 22, 2021, the ROW extends twenty (20) feet on either side of the center of Arlington Ave and therefore 20' into the parcel.

In further discussion with TPW on November 22, 2021, TPW staff also confirmed that the County currently maintains Arlington Ave. from Millbrae Ave. south to approximately ninety (90) feet south of the northern property line of parcel 134-251-063. South of that point, the County does not currently maintain Arlington Ave., however the forty (40) public ROW for Arlington Ave. still exists regardless of which sections of the road are or are not maintained by County maintenance services.

To best understand these conditions; Oracle Consulting staff conducted a site visit, conducted a survey

of property records on file at the Sonoma County Permit & Resource Management Department (PRMD), and met with staff at the Sonoma County Department of Transportation and Public Works (TPW) to support the following discussion.

Summary of Findings

The Sonoma County Record of Survey from December 4, 1996 shows two irregularities which are a result of historic conditions.

1) The western property line extends 284.74' down the center of Arlington Ave.
2) Therefore causing 20' of ROW running along the western boundary to encroach 20' into the parcel (See Image 1 below).

Based on this discovery, as summarized above; the ROW and property lines overlap by 20' and extend at certain distances into the parcel intermittently, past an existing fence line which sits both inside and outside of the ROW.



Image 1 - Detail of December 4, 1996, Sonoma County Record of Survey

Based on the fixed Position of the ROW at 20' from the center of road, at one location, the ROW ends and a 9' private area of approach extends up to an old garage converted to an ADU, which was issued violation #VPL19-0130 on 2/15/2019, this area being inside the property lines, but separate from a southerly entry onto the parcel defined by a gravel driveway and large entry gate. (See image 2 below)

APN: 063-360-002, 063-360-001

Page 2 of 4



Location of Fence

Beginning at the southwest corner of the fence line for parcel 134-251-063, the western fence line of is approximately four 4' inside of the eastern border of the Arlington Ave. This section of fence is therefore within the public ROW. Continuing north for approximately ninety-four 94' the fence line then cuts-in east approximately nineteen 19' for the only existing driveway onto the property from Arlington Ave. The fence then continues north as a driveway entry gate for approximately 22'. The fence then cuts back towards Arlington Ave., approximately nineteen 19', until it is again four 4' west of the eastern border of the Arlington Ave. and once again inside the public ROW. At this point the fence line again cuts north, running approximately twelve 12' at a slight northeasterly angle towards the converted garage/ADU. At approximately nine 9' east of the eastern boundary of the public ROW, the fence line turns east again approximately ten 10' until it meets the southwest corner of the garage/ADU. At the northwest corner of the garage/ADU, the fence line runs west again, approximately fourteen 13' to a point again four 4' west of the eastern border of the Arlington Ave. and inside the public ROW. From this point the fence runs north approximately fifty 50' parallel to Arlington Ave, where it turns east back into the parcel.

Based on this information, a person using the public ROW on Arlington Ave. would be able to walk directly up to the western fence line of parcel 134-251-063 and still be in the public ROW for most of the 230 feet of fence line that extends north from the southeast corner of the parcel, however, in the area immediately adjacent to the converted garage/ADU, in order to approach the Private Entry area of fence line that runs south from the northwest corner of the garage/ADU, a person would need to leave the public ROW, walking onto private property, and walk approximately nine (9) feet into the private property of parcel 134-251-063.

This nine-foot-wide, 9' area of approach in front of the converted ADU is not a driveway but is an area of approach to the private pedestrian entries. The main visitor entrance to the property is clearly the main driveway approximately nineteen (19) feet to the south of this area of approach. An individual intending to visit the property would observably see the only existing driveway to the driveway gate.

This document was prepared by Oracle Consulting staff members Griffin Wright and David Harris in review of the above property circumstances to report on and discuss existing conditions.

Sincerely,

David Harris
President/Managing Principal
Oracle Consulting Inc.

*EXHIBIT "B"*

*Cupp v. Smith*

*4:20-cv-03456PJH*



# *EXHIBIT "C"*

## *Cupp v. Smith*

*4:20-cv-03456PJH*

