# CERTIFICATE OF SERVICE

*Cupp v. Smith*

**USDC-ND, Oakland Division, Case No. 4:20-03456 PJH**

At the time of service, I was over 18 years of age and not a party to this action. My business address is 411 Russell Avenue, Santa Rosa, CA 95403. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 31, 2021 , I served the following identified document(s):

**1) PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT;**

**2) DECLARATION OF PLAINTIFF RONALD CUPP IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**

**3) DECLARATION OF RANDALL CUPP IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**

**4) DECLARATION OF DAVID HARRIS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**

**5) DECLARATION OF ERIC G. YOUNG IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**

I served the document(s) on all interested parties as follows:

| Name of Party/Counsel Served: | Attorney For: |
|---|---|
| Michael A. King, Esq.<br>Office of Sonoma County Counsel<br>575 Administration Drive, 105A<br>Santa Rosa, CA 95403<br>Tel: 707.565.2421<br>Email: Michael.King@sonoma-county.org | Attorneys for Defendant ANDREW SMITH |

I served the above-named documents as follows:

_____**BY FACSIMILE TRANSMISSION** - pursuant to agreement of the parties, from fax number (707) 520-7272 to the fax number(s) set forth above. The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(h)(4), I caused the machine to print a transmission record, a copy of which is attached.

_____**BY MAIL** -

_____By personally depositing the documents in a sealed envelope addressed as set forth above with the U.S. Postal Service, postage fully prepaid, sent by regular mail and certified mail, return receipt requested

_____
PROOF OF SERVICE - 1



_____ By placing documents enclosed in a sealed envelope addressed as set forth above for collection and mailing. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. In the ordinary course of my firm's business, correspondence is deposited with U.S. postal service on the same day it is placed for collection, postage fully prepaid.

_____**BY PERSONAL SERVICE** - by delivering a copy of the document(s) by hand to the addressee.

_____**BY EXPRESS SERVICE** - by depositing in a box or other facility regularly maintained by the express service carrier or delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

\_\_X\_\_\_\_**BY ELECTRONIC TRANSMISSION** - pursuant to agreement of the parties, or by Court order, transmitting a PDF version of the document(s) by electronic mail to the party(ies) identified above using the e-mail address(es) indicated.

_____**BY ELECTRONIC TRANSMISSION ONLY DURING CORONAVIRUS/COVID-19 PANDEMIC** – The document(s) were emailed to the persons at email addresses listed based on notice previously provided that, during the Coronavirus (COVID-19) pandemic, this office will be primarily working remotely, unable to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

_____I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_X\_\_\_\_I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 31, 2021                             **YOUNG LAW GROUP**

*/S/Eric G. Young*
Eric G. Young



_____
PROOF OF SERVICE - 2