ROBERT H. PITTMAN #172154
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: michael.king@sonoma-county.org

Attorneys for Defendant
ANDREW SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SMITH, Individually; et al.<br><br>        Defendants.<br>_____/ | Case No. 4:20-cv-03456 PJH<br><br>**STIPULATION OF PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER** |

IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, to request that the Court continue the Case Management Conference presently set before the Honorable Phyllis J. Hamilton for October 27, 2022.

The continuance is requested because Plaintiff counsel is moving his office location next week including October 27, and just had hand surgery.  Defense counsel had a deposition that was recently set on October 27, 2022 in a matter going to trial on November 4.  He would have to leave the deposition early to attend the Case Management Conference.  The parties agree to continuing the conference to November 17, 2022 if the Court can accommodate that request.

**IT IS SO STIPULATED.**

Dated: October 20, 2022    /s/   *Eric Young*
                                            ERIC YOUNG
                                            Attorney for Plaintiff
                                            RONALD CUPP

Dated: October 20, 2022    ROBERT H. PITTMAN, County Counsel

                                          By: */s/ Michael King*
                                            Michael A. King
                                            Attorneys for Defendant
                                            ANDREW SMITH

## ORDER

    Pursuant to the Stipulation of the parties, it is hereby ordered that the Case Management Conference is continued to November 17, 2022, at 2:00 pm, via Videoconference only.

DATED:  10/20/2022    _____
                                           PHYLLIS J. HAMILTON
                                           United States District Judge