UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br>        Plaintiff,<br>    v.<br>ANDREW SMITH,<br>        Defendant. | Case No. 20-cv-03456-PJH<br><br>**JUDGMENT** |

    The issues having been duly heard and the court having granted the parties' stipulation to dismiss the case with prejudice,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 30, 2023

                                */s/ Phyllis J. Hamilton*
                                PHYLLIS J. HAMILTON
                                United States District Judge